## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

LEAH STOREY                         *

           Plaintiff,           *

v.                            *      Civil Action: 1:93-cv-01613

KEENE BUILDING PRODUCTS     *
CORPORATION, et al.
                              *

          Defendants.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Paul H. Aloe on behalf of Defendant Rapid-American Corporation, in the above-referenced action. Stephen A. Marshall and Sonnenschein, Nath & Rosenthal LLP, and M. King Hill and Venable LLP, will continue to appear on behalf of Defendant Rapid-American Corporation and receive notice of all pleadings, in the above-reference action.

                         Respectfully Submitted,

                         */s/ Paul H. Aloe*
                         Paul H. Aloe
                         KUDMAN TRACHTEN LLP
                         350 Fifth Avenue, Suite 4400
                         New York, New York  10118
                         212-868-1010
                         paloe@kudmanlaw.com

                         */s/ Stephen A. Marshall*
                         Stephen A. Marshall
                         SONNENSCHEIN, NATH & ROSENTHAL, LLP
                         1221 Avenue of the Americas, 25th Floor
                         New York, New York  10020-1089
                         212-768-6700
                         smarshall@sonnenschein.com

*/s/ M. King Hill, III*
M. KING HILL, III
Venable LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD  21285-5517
(410) 494-6200
mkhill@venable.com

*Attorneys for Rapid-American Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2007, a copy of the foregoing Notice of Withdrawal was electronically filed and served on all counsel of record, pursuant to Local Rule of Civil Procedure 102.

*/s/ M. King Hill, III*
M. KING HILL, III

246674